MORRIS SCHENKER, Respondent, v. MORRIS LIBOFF, Defendant. PERCY R. BURTNETT, as Coreceiver of the Assets of the Copartnership of SCHENKER & LIBOFF, Appellant.— Upon consent, order dated October 5, 1928, in so far as it awards the referee $2,500, modified by reducing the amount to $2,000, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

receivers, Jennie Schenker, $2,000 for services rendered, affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.